UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WACKO'S TOO, INC.,**                          )
a Florida corporation doing business as         )
WACKO's,                                        )          CASE NO.: 3:18-cv-74-TJC-MCR
                                                )
      Plaintiff,           )
                                                )
vs.                                             )
                                                )
**CITY OF JACKSONVILLE**, a Florida             )
municipal corporation, and                      )
**KEVIN L. JONES**, individually,               )
                                                )
      Defendants.          )
_____/

## <u>CERTIFICATE OF INTERESTED PERSONS</u>
## <u>AND CORPORATE DISCLOSURE STATEMENT</u>

     I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a part:

    A.    WACKO'S TOO, INC., doing business as "Wacko's"  -  Plaintiff

    B.    BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. – Attorney firm for Plaintiff

    C.    GARY S. EDINGER - Attorney for Plaintiff

    D.    MILTON R. HOWARD – President and Principal of Plaintiff

    E.    CITY OF JACKSONVILLE - Defendant

    F.    KEVIN L. JONES - Defendant

G.      JASON TEAL - Attorney for Defendants

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      NONE

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

      NONE.

4.      The name of each victim (individual and corporate), including every person who may be entitled to restitution:

      NONE other than the Plaintiffs identified above.

5.      Check one of the following:

      __**X**__    a.  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

      _____   b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

      BENJAMIN,  AARONSON,  EDINGER  & PATANZO, P.A.

      ___/s/  Gary S. Edinger_____
      GARY S. EDINGER, Esquire
      Florida Bar No.: 0606812
      305 N.E. 1st Street
      Gainesville, Florida 32601
      (352) 338-4440/ 337-0696 (Fax)
      GSEdinger@aol.com

*Attorney for Plaintiff*


I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished to JASON TEAL, Office of General Counsel, 117 West Duval Street, Suite 480,

Jacksonville, Florida 32202, via e-mail and the CM/ECF System this 6th day of February,

2018.


_____/s/   Gary S. Edinger_____

GARY S. EDINGER, Esquire

Florida Bar No.: 0606812