IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WACKO'S TOO, INC., a Florida
Corporation doing business as
WACKO'S,

        Plaintiff,
v.
                                          CASE NO. 3:18-cv-74-J-32-MCR

CITY OF JACKSONVILLE, a Florida
municipal corporation, and
KEVIN JONES, individually,
Defendants.
_____/

## **MEDIATION REPORT**

In accordance with the Court's mediation order(s), a mediation conference was held on October 23, 2018 and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

         ✓    All individual parties and their respective trial counsel.
         ✓    Designated corporate representatives.
         ___   Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: N/A

(c)     The outcome of the mediation conference was

    ✓    The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

    ___   The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve: N/A

    ___   The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten

Wacko's Too v. City of Jacksonville and Kevin Jones                                           Mediation Report
3:18-cv-74-J-32-MCR

        (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_____    The parties have reached an impasse.

    Done this 24th day of October, 2018 in Brevard County, Florida.

                              Michael H. Kahn
                              Florida Bar No: 0241921
                              Supreme Court Certified Circuit Mediator #13291R
                              482 North Harbor City Blvd.
                              Melbourne, Florida 32935
                              (321) 242-2564 - telephone
                              (321) 254-2127 - facsimile
                              michael@michaelkahnpa.com
                              *Mediator*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served Gary S. Edinger, Esq. at GSEdinger12@gmail.com, Jason Teal at Jteal@coj.net, and Jeff Close at Jclose@coj.net via transmission of Notice of Electronic Filing generated by CM/ECF.

                              Michael H. Kahn
                              Florida Bar No. 0241921
                              MICHAEL KAHN PA
                              482 North Harbor City Boulevard
                              Melbourne, Florida 32035
                              321.242.2564 phone
                              michael@michaelkahnpa.com
                              roma@michaelkahnpa.com
                              assistant@michaelkahnpa.com